RECEIVED
FEB 25 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAVONKA BROWN | * CIVIL ACTION |
| VERSUS | * 6:09cv1642 |
| CAL-DIVE INTERNATIONAL, INC., BLUE MARLIN SERVICES OF ACADIANA, L.L.C. AND POLAR LEASING COMPANY, INC. | * JUDGE REBECCA DOHERTY<br>* MAG. PATRICK HANNA |

ORDER

CONSIDERING the Motion to Strike Plaintiff's Opposition to Motion for Partial Summary Judgment;

IT IS ORDERED that the Motion to Strike Plaintiff's Opposition to Motion for Partial Summary Judgment filed by defendant, Blue Marlin Services of Acadiana, LLC is ~~granted~~ DENIED.

Lafayette, Louisiana, this 25 day of February, 2011.

[Signature: Rebecca Doherty]

Plaintiff's opposition was timely filed. Because defendant did not cure their deficient motion for partial summary judgment until 1-24-11, the motion was not deemed filed until that date. Additionally, because service was made "through the ECF filing system" [Doc. 29, p.2], "3 days are added after the period would otherwise expire under Rule 6(a)." F.R.C.P. 6(d).

Additionally, even if plaintiff's filing were untimely, defendant has failed to carry its burden and show any prejudice suffered warrants the relief requested.